Terry E. Welch (5819) (twelch@parrbrown.com)
Bentley J. Tolk (6665) (btolk@parrbrown.com)
Rodger M. Burge (8582) (rburge@parrbrown.com)
C. Chase Wilde (17546) (cwilde@parrbrown.com)
**PARR BROWN GEE & LOVELESS**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750

*Attorneys for Defendants Kevin Long
and Millcreek Commercial Properties, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHRIS WILSON,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN LONG; MILLCREEK COMMERICAL PROPERTIES, LLC; COLLIERS INTERNATIONAL; ANDREW BELL; KRISTIAN HUFF; TREVOR WEBER; SPENCER TAYLOR; BLAKE MCDOUGAL; SCOTT RUTHERFORD; EQUITY SUMMIT GROUP, P.C.; ELEVATED 1031; and MARY STREET,<br><br>Defendants. | **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC**<br><br>Case No. 2:23-CV-00599-AMA-CMR<br><br>**FILED UNDER SEAL PURSUANT TO COURT ORDERS (DOCKET NOS. 38 AND 57)**<br><br>District Judge Ann Marie McIff Allen<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 83-1.4, Terry E. Welch, Bentley J. Tolk, Rodger M. Burge, and Christian Chase Wilde of the law firm Parr Brown Gee and Loveless hereby individually and collectively move the Court for leave for each of them to withdraw as counsel for Defendant

Millcreek Commercial Properties, LLC ("Millcreek") (but **not** for Defendant Kevin Long) in the above-captioned action. Withdrawal is necessary because Millcreek has ceased operations.

Millcreek's last-known contact information is as follows:

Millcreek Commercial, LLC
1064 S. North County Blvd., Suite 350
Pleasant Grove, UT 84062
kevin@millcreekcommercial.com
(385) 248-0613

Millcreek consents to the withdrawal.

Plaintiff Chris Wilson's March 21, 2024 Motion to ▮▮▮▮▮ and for Attorney Fees (Dkt. 30) (the "Motion") is pending in this case, but the Court has orally ruled that the Motion is denied without prejudice and with leave to file an amended version of the Motion (as will be more specifically set forth in a written order from the Court). No hearings are currently scheduled in this case, and the case has effectively been stayed due to the Motion. A scheduling order has not been entered, and no fact discovery has occurred in this case.

The undersigned attorneys hereby certify that this Motion is being filed with the Court and thereby served on all parties, and that a copy of this Motion is also concurrently being served on Millcreek by email and by certified mail via the U.S. Postal Service at the addresses listed above.

A copy of a proposed order is attached hereto as Exhibit A.

DATED this 24th day of January, 2025

4933-2463-1826

2

PARR BROWN GEE & LOVELESS

By: /s/ *Terry E. Welch*
    Terry E. Welch

By: /s/ *Bentley J. Tolk*
    Bentley J. Tolk

By: /s/ *Rodger M. Burge*
    Rodger M. Burge

By: /s/ *C. Chase Wilde*
    C. Chase Wilde

*Attorneys for Kevin Long and Millcreek Commercial Properties, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of January, 2025, I caused to be served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT MILLCREEK COMMERCIAL PROPERTIES, LLC** via the CM/ECF system, which automatically provided notice to all counsel of record.

/s/ Bentley J. Tolk